UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Thomas Cassidy,

               Plaintiff,

   v.

City of New York, et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-26

26-CV-1698  (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The Court's March 3, 2026 memorandum and order dismissed the complaint and set March 23, 2026 as the due date for an amended complaint.  A review of the docket shows that no such filing was made.  Accordingly, the Clerk of Court shall close the case.

      SO ORDERED.

Dated:     May ____, 2026

                                   Lewis A. Kaplan
                             United States District Judge